In the Matter of the Application of LILLIAN BRODERICK, Appellant, for a

Mandamus Order against BOARD OF EDUCATION OF THE CITY OF YONKERS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.